UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARY C. ENGEL,

        Plaintiff,

   v.

BLAINE A. LOUSTAUNAU,

        Defendant.

NO. CIV. S-09-3177 LKK/KJM

O R D E R

A status conference was held in chambers on February 1, 2010. After hearing, the court orders as follows:

1. The evidentiary hearing, currently set for February 8, 2010, is continued to March 22, 2010 at 1:30 p.m.
2. A further status conference is set for April 26, 2010 at 1:30 p.m.

IT IS SO ORDERED.

DATED: February 3, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1