UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARY C. ENGEL,

                                NO. CIV. S-09-3177 LKK/KJM

      Plaintiff,

  v.

                                O R D E R

BLAINE A. LOUSTAUNAU,

      Defendant .
                               /

    A status conference was held in chambers on February 1, 2010. After hearing, the court orders as follows:

    1.    The evidentiary hearing, currently set for February 8, 2010, is continued to March 22, 2010 at 1:30 p.m.

    2.    A further status conference is set for April 26, 2010 at 1:30 p.m.

    IT IS SO ORDERED.

    DATED: February 3, 2010.

                                                LAWRENCE K. KARLTON
                                                SENIOR JUDGE
                                                UNITED STATES DISTRICT COURT