Julius M. Engel
Engel Law Group
5855 Auburn Blvd., Ste. 2
Sacramento, Ca 95841
916-515-9693; Fax (916)348-1301
juliusengelesq@yahoo.com

Attorney for Plaintiff Mary C. Engel

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Mary C. Engel | **Case No.:09-cv-03177 lkk-kjm** |
|     Plaintiff, | **STIPULATION** |
| vs. | **Date: March 22, 2010** |
| | **Time: 1:30 p.m.** |
| | **Courtroom; 4** |
| Blaine A. Loustaunau, | **Judge: The Hon. Lawrence K. Karlton** |
|     Defendant. | **Location; 501 "I" St. Sacramento, CA 95814** |

The parties, through their respective counsel of record, in the above captioned case hereby stipulate to continue the deadline to file witness lists and exhibit lists for the above captioned hearing to March 17, 2010 at 4:00 p.m.

Dated: February 3, 2010              _____/s/_____

                                                                   Julius M. Engel, ESQ

                                                                   Attorney for Mary C. Engel

[**Summary of pleading**] - 1

PDF created with pdfFactory trial version www.pdffactory.com

```
 1  Dated: February 3, 2010
 2
 3                                    ____/s/_____
 4                                    Mark Reichel, ESQ
 5                                    Attorney for Blaine A. Loustanau
 6
 7
 8  **IT IS SO ORDERED;**
 9
10  Dated: February 8, 2010
11
12
13                         _____
                           LAWRENCE K. KARLTON
14                         SENIOR JUDGE
                           UNITED STATES DISTRICT COURT
```

[**Summary of pleading**] - 2

PDF created with pdfFactory trial version www.pdffactory.com