Julius M. Engel
Engel Law Group
5855 Auburn Blvd., Ste. 2
Sacramento, Ca 95841
916-515-9693; Fax (916)348-1301
juliusengelesq@yahoo.com

Attorney for Plaintiff Mary C. Engel

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Mary C. Engel | ) **Case No.:09-cv-03177 lkk-kjm** |
| Plaintiff, | ) **STIPULATION** |
| vs. | ) **Date: March 22, 2010** |
| | ) **Time: 1:30 p.m.** |
| | ) **Courtroom; 4** |
| Blaine A. Loustaunau, | ) **Judge: The Hon. Lawrence K. Karlton** |
| Defendant. | ) **Location; 501 "I" St. Sacramento, CA 95814** |

The parties, through their respective counsel of record, in the above captioned case hereby stipulate to continue the deadline to file witness lists and exhibit lists for the above captioned hearing to March 17, 2010 at 4:00 p.m.

Dated: February 3, 2010              _____/s/_____

                                     Julius M. Engel, ESQ

                                     Attorney for Mary C. Engel

[**Summary of pleading**] - 1

PDF created with pdfFactory trial version www.pdffactory.com

Dated: February 3, 2010

_____/s/_____

Mark Reichel, ESQ

Attorney for Blaine A. Loustanau

**IT IS SO ORDERED;**

Dated: February 8, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

[**Summary of pleading**] – 2

PDF created with pdfFactory trial version www.pdffactory.com