UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARY C. ENGEL,

            NO. CIV. S-09-3177 LKK/KJM

    Plaintiff,

  v.

            O R D E R

BLAINE A. LOUSTAUNAU,

    Defendant .
_____/

On March 4, 2010, parties submitted a stipulation to change the date for the evidentiary hearing currently set for March 22, 2010. At the scheduling conference on February 1, 2010, the court previously rescheduled the evidentiary hearing in this case to March 22, 2010 at the request of the parties.

For the foregoing reasons, the court orders that the evidentiary hearing shall take place on May 10, 2010 at 1:30 p.m. The evidentiary hearing set for March 22, 2010 is vacated. Under no circumstances will the court again reschedule this evidentiary hearing.

1

IT IS SO ORDERED.

DATED: March 9, 2010.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT